IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA LACKEY,<br><br>        Plaintiff,<br><br>        v.<br><br>HEART OF LANCASTER REGIONAL MEDICAL CENTER,<br><br>        Defendant. | CIVIL ACTION<br>NO. 15-415 |

## ORDER

**AND NOW**, this 29th day of September, 2016, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED**. Judgment is entered in favor of Defendant and against Plaintiff on all counts of the Complaint.

                                                                   **BY THE COURT:**

                                                                   **/s/ Jeffrey L. Schmehl**
                                                                   Jeffrey L. Schmehl, J.